IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 05-40082-GPM |
| ) | |
| DEBORAH LUSTMAN, ) | |
| ) | |
| Defendant. ) | |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on a motion filed by Defendant Deborah Lustman seeking relief from the standard condition of supervision imposed as part of her sentence that requires her to work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons. Defendant's supervising probation officer has no objection to the motion.

Having been fully considered by the Court, the motion (Doc. 23) is **GRANTED**, and the terms of Defendant's probation are **MODIFIED** to the extent that Standard Condition of Supervision #5 is **WAIVED**. All other terms and conditions of probation remain in effect.

**IT IS SO ORDERED.**

DATED: 04/05/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge